# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Shawnie Vedder, | Civil Action No.: 2:16-cv-14485-AJT-RSW |
| Plaintiff, | |
| v. | |
| Credit Acceptance Corporation, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 8, 2017

Respectfully submitted,

By */s/ Sergei Lemberg*_____

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 8, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Stephen W. King, Esq.
King and Murray PLLC
355 South Old Woodward, Suite 100
Birmingham, MI 48009
*Attorney for Defendant*

             By  */s/ Sergei Lemberg*
               Sergei Lemberg, Esq.